2564. Ross *v.* The State.

Powell, J. The motion for new trial (which was based on the general grounds only) was not meritorious.          *Judgment affirmed.*

Accusation of gaming; from city court of Ashburn—Judge Tipton. March 1, 1910.

Argued May 3,—Decided May 12, 1910.

*John B. Hutcheson,* for plaintiff in error.

*J. A. Comer, solicitor,* contra.